UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

## LETTER TO COURT CLERK REQUESTING THAT THE "AMENDED COMPLAINT" [DOC. 3] FILED SEPTEMBER 25, 2020 BE STRICKEN AS FILED IN ERROR

| | |
|---|---|
| **HANNAH GITTINGS**; <br> **CHRISTOPHER MCNEAL**; <br> **NATHAN PEET**; and <br> **CARMEN PALMER**, <br><br> Plaintiffs, <br><br> v. <br><br> **KEVIN MATHEWSON**, in his individual capacity; <br> **KENOSHA GUARD**; <br> **RYAN BALCH**, in his individual capacity; <br> **BOOGALOO BOIS**; <br> **KYLE RITTENHOUSE**, in his individual capacity; <br> **FACEBOOK, Inc**., a U.S. Corporation, <br><br> Defendants. | Civil Case Number: <br><br> 2:20-cv-01483 WED. |

Come Now the above-referenced Plaintiffs, by and through the undersigned counsel, and respectfully request that the Amended Complaint filed 11:00 p.m. Friday September 25th, 2020, be stricken as filed in error. [**Doc. 3**] No Defendants have yet been served in this case.

Respectfully submitted this 28th Day of September, 2020:

s/Jason Flores-Williams
Jason Flores-Williams
Law Office of Jason Flores-Williams
1851 Bassett St 509
Denver, CO 80202
Reg. No. 49702
303-514-4524
Jfw@jfwlaw.net

1