| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF WISCONSIN<br><br>**Plaintiffs**<br>HANNAH GITTINGS;<br>CHRISTOPHER MCNEAL;<br>NATHAN PEET;<br>CARMEN PALMER;<br>v.<br><br>**Defendants:**<br><br>KEVIN MATHEWSON; individually and as THE COMMANDER of the KENOSHA GUARD;<br>RYAN BALCH, individually and as TACTICAL ADVISOR for the KENOSHA GUARD AND BOOGALOO BOIS;<br>&<br>FACEBOOK, a U.S. Corporation;<br><br>**Attorney for Plaintiff:**<br>Jason Flores-Williams<br>1851 Bassett St 509<br>Denver, CO 80202<br>Reg. No. #49702<br>303-514-4524<br>Jfw@jfwlaw.net | ▲ **COURT USE ONLY** ▲<br><br>**JURY TRIAL DEMANDED**<br><br>Case Number:<br><br>2:20-cv-01483 WED |
| **DECLARATION OF JASON FLORES-WILLIAMS IN SUPPORT OF CIVIL L. R. 7(h) EXPEDITED NON-DISPOSITIVE MOTION TO STRIKE JENNIFER SIRRINE AS COUNSEL FOR PLAINTIFFS PURSUANT TO SCR 20:1.16** | |

I, Jason Flores-Williams, hereby declare:

1. I am over 18 years of age and am competent to make this Declaration. I make this Declaration on personal knowledge.

2. I am counsel for the Plaintiffs in this matter.

1

3.  The Plaintiffs contacted my law office to represent them in the above-referenced. Cause.

4.  Ms. Sirrine was brought on later as co-counsel.

5.  As a result of issues that arose, all four Plaintiffs have discharged Ms. Sirrine as is their right.

6.  The undersigned has respectfully requested that Ms. Sirrine withdraw pursuant to the Plaintiff's requests, she has not done so as of this date.

7.  If the Court requires any further documentation or evidence from all Four Plaintiffs, then they can be submitted under seal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed at Denver, Colorado on October 2, 2020.

/s/ Jason Flores-Williams
Jason Flores-Williams