

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**Motion for Dismissal Based on Non-Service**

| | |
|---|---|
| HANNAH GITTINGS;<br>CHRISTOPHER MCNEAL;<br>NATHAN PEET; and<br>CARMEN PALMER,<br><br>   Plaintiffs,<br><br>v.<br><br>KEVIN MATHEWSON, in his individual capacity;<br>KENOSHA GUARD;<br>RYAN BALCH, in his individual capacity;<br>BOOGALOO BOIS;<br>KYLE RITTENHOUSE, in his individual capacity;<br>FACEBOOK, Inc., a U.S. Corporation,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Case No. 2:20-CV-01483 WED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I, Kevin Mathewson appearing pro-se specially and with the sole purpose of informing this court that it should dismiss the above captioned case as the 90-day window of service has passed and this defendant has not been served. Upon information and belief no defendants have been served. This complaint is a work of fiction and reads more like a partisan press release than a lawsuit. The two attorneys that filed this action have both accused the other of professional misconduct and have acted like activists and not lawyers. I am surprised that lawyers are allowed to publish complaints before such a prestigious court without anything that could be accidentally be confused with the truth. This is not Attorney Williams-Flores' first time attempting to make a joke out of the judicial system.

                        Respectfully submitted,

                        Kevin Mathewson