

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN



## Letter to Court and Request for new Judge

| | |
|---|---|
| **HANNAH GITTINGS;** <br> **CHRISTOPHER MCNEAL;** <br> **NATHAN PEET;** and <br> **CARMEN PALMER,** <br><br> Plaintiffs, <br><br> v. <br><br> **KEVIN MATHEWSON**, in his individual capacity; <br> **KENOSHA GUARD;** <br> **RYAN BALCH**, in his individual capacity; <br> **BOOGALOO BOIS;** <br> **KYLE RITTENHOUSE**, in his individual capacity; <br> **FACEBOOK, Inc.**, a U.S. Corporation, <br><br> Defendants. | Civil Case No. 2:20-CV-01483 WED |

I, Kevin Mathewson appearing pro-se specially and with the sole purpose of requesting that William Duffin please allow defendant's to be heard before making rulings. The court ignored this defendant's arguments. As a pro-se client, for now, I cannot e-file and must mail all proceedings. Therefore, to give my arguments consideration, the court must wait severaldays before ruling. I also request a non-magistrate Judge, and or substitution of William Duffin

Respectfully submitted,

Kevin Mathewson



Kevin Mathewson

Clerk of Courts
517 E. Wisconsin Ave. Rm. 362
Milwaukee, WI 53202

MILWAUKEE WI 530
28 DEC 2020 PM 5 L

53202-458299