| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF WISCONSIN<br><br>**Plaintiffs**<br>HANNAH GITTINGS;<br>CHRISTOPHER MCNEAL;<br>NATHAN PEET;<br>CARMEN PALMER;<br>v.<br><br>**Defendants:**<br><br>KEVIN MATHEWSON; individually and as THE COMMANDER of the KENOSHA GUARD;<br>RYAN BALCH, individually and as TACTICAL ADVISOR for the KENOSHA GUARD AND BOOGALOO BOIS;<br>& FACEBOOK, a U.S.Corporation;<br><br>**Attorney for Plaintiff:**<br>Jason Flores-Williams<br>1851 Bassett St 509<br>Denver, CO 80202<br>Reg. No. #49702<br>303-514-4524<br>Jfw@jfwlaw.net | ▲ **COURT USE ONLY** ▲<br><br>**JURY TRIAL DEMANDED**<br><br>Case Number:<br><br>2:20-cv-01483 WED |

### PLAINTIFFS' NOTICE OF DISMISSAL WITH PREJUDICE

The Plaintiffs, by and through counsel, Jason Flores-Williams, state as follows:

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), the Plaintiffs hereby dismiss all causes of action in the Complaint and Amended Complaint against all Defendants with prejudice.

Respectfully and Appreciatively Submitted this 26th Day of January 2021,

1

s/Jason Flores-Williams
Jason Flores-Williams #49702
Attorney at Law
1851 Bassett 509
Denver, CO 80202
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

s/Jason Flores-Williams
Jason Flores-Williams #49702